UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** December 18, 2019    **Time in Court:** 8 minutes    **Judge:** CHARLES R. BREYER

**Case No.**: 19-cr-00367-CRB-4    **Case Name:** UNITED STATES v. JULIO CESAR VIERA-CHIRINOS

**Attorney for United States of America:** Ryan Rezaei
**Attorney for Defendant:** Karen McConville

**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Tana Ingle            **Court Reporter:** Ana Dub
**Interpreter:** Conchita Lozano - Spanish    **Probation Officer:** JD Woods for Brian Casai

**PROCEEDINGS**

1. Sentencing - held

**RESULT OF HEARING**

Court adjusts the presentence report to reflect a reduction in the offense level to 9.
Defendant is committed to the Bureau of Prisons for a term of (time served) followed by 3 years of supervised release.
A special assessment fee of $100 is imposed.
See Judgment for special conditions.